7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Teresa V Adams
*Debtor*

*Bankruptcy Case No.*
14–60924–abf7

**J. Kevin Checkett**
　Plaintiff(s)

*Adversary Case No.*
14–06034–abf

v.

**Daniel J. Adams**
　Defendant(s)

## JUDGMENT

　　The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of the Plaintiff J. Kevin Checkett, Trustee in Bankruptcy, and against the Defendant Daniel J. Adams, Sr., in accordance with the Order Granting Default Judgment entered by the Court on 1/13/2015, Document No. 9.



　　　　　　　　　　　　　　　　　　　　Ann Thompson
　　　　　　　　　　　　　　　　　　　　Court Executive

　　　　　　　　　　　　　　　　　　　　By: /s/ Sharon Greene
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date of issuance: 1/13/15

Court to serve